**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHELBY DOTSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-cv-09776 |
| | ) | |
| v. | ) | Judge Charles R. Norgle, Sr. |
| | ) | |
| BARRINGTON ORTHOPEDIC SPECIALISTS, LTD. | ) ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COMPLAINT
WITHOUT PREJUDICE AND WITHOUT COSTS**

Plaintiff, Shelby Dotson, ("DOTSON"), by his attorneys, Gaffney & Gaffney, P.C., for his Motion, pursuant to Fed. R. Civ. P. 41(a)(2), for Voluntary Dismissal without Prejudice and without Costs, states:

1. Pursuant Fed. R. Civ. P. 41(a)(2), a plaintiff can dismiss an action without prejudice by court order and without costs, unless Defendant has pleaded a counterclaim, which remains pending.

2. Defendant has not filed any counterclaim and pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff may dismiss his action either with or without Defendant's objection and without prejudice.

3. Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff has elected to dismiss this cause without prejudice and without costs.

WHEREFORE, Plaintiff moves for voluntary dismissal without prejudice and without costs.

        /s/Glenn R. Gaffney
        Glenn R. Gaffney
        Attorney for SHELBY DOTSON

Glenn R. Gaffney (6180598)
Jolianne S. Walters (6314222)
Gaffney & Gaffney P.C.
1771 Bloomingdale Road
Glendale Heights, IL 60139
(630) 462-1200
Fax (630) 462-7698
glenn@gaffneylawpc.com
jolianne@gaffneylawpc.com

## NOTICE OF FILING/CERTIFICATE OF SERVICE

Jolianne S. Walters certifies that on December 29, 2016, she e-filed the above and foregoing **Plaintiff's Motion to Voluntarily Dismiss Complaint without prejudice and without costs** via the case management/electronic case filing system with the Clerk of the U.S. District Court, Northern District of Illinois. The parties may access this filing through the Court's electronic filing system, and notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

        /s/Jolianne S. Walters
        Jolianne S. Walters
        One of Plaintiff's Attorneys

Glenn R. Gaffney (6180598)
Jolianne S. Walters (6314222)
Gaffney & Gaffney P.C.
1771 Bloomingdale Road
Glendale Heights, IL 60139
(630) 462-1200
Fax (630) 462-7698
glenn@gaffneylawpc.com
jolianne@gaffneylawpc.com